THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC M., Appellant. [869 NYS2d 846]

Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STACEY FULLER, Appellant. [869 NYS2d 826]

Memorandum: On appeal from a judgment convicting him, upon his plea of guilty, of attempted burglary in the second degree (Penal Law §§ 110.00, 140.25 [2]), defendant contends that his waiver of the right to appeal does not encompass his challenge to the severity of the sentence. We reject that contention. County Court "engaged in a full and adequate colloquy, and defendant expressly waived [his] right to appeal without limitation" (*People v Hidalgo*, 91 NY2d 733, 737 [1998]; *see also People v Kearns*, 50 AD3d 1514 [2008], *lv denied* 11 NY3d 790 [2008]). We also reject the contention of defendant in his pro se supplemental brief that the court erred in sentencing him as a persistent violent felony offender inasmuch as defendant admitted his status as a persistent violent felony offender at the time of sentencing (*see People v Mateo*, 53 AD3d 1111 [2008], *lv denied* 11 NY3d 791 [2008]). Present—Hurlbutt, J.P., Martoche, Smith, Peradotto and Green, JJ.